UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 22-9454-GW-JCx | Date | March 2, 2023 |
|---|---|---|---|
| Title | *Tulio A. Mejia De Leon v. Subaru of America, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Sarah E. Pfeffer

Attorneys Present for Defendants:  
Ryan P. Ruggerello  
Julie A. Goerlinger

**PROCEEDINGS:** PLAINTIFF TULIO A. MEJIA DE LEON'S MOTION TO REMAND [12]; and SCHEDULING CONFERENCE

The Court's Tentative Ruling on Plaintiff's Motion [12] was issued on March 1, 2023 [19]. Court and counsel confer. The Tentative Ruling is adopted as the Court's Final Ruling. The Court DENIES Plaintiff's Motion without prejudice.

The scheduling conference is taken off-calendar.

: 02

Initials of Preparer    JG