# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 22-9454-GW-JCx | Date | October 20, 2023 |
|---|---|---|---|
| Title | *Tulio A. Mejia De Leon v. Subaru of America, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

A Joint Notice of Settlement was filed on October 19, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 90 days. The Court sets an order to show re: settlement hearing for January 22, 2024 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on January 19, 2024.

| | : |
|---|---|
| Initials of Preparer | JG |