JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TULIO A. MEJIA DE LEON, an individual,<br><br>  Plaintiff,<br>vs.<br><br>SUBARU OF AMERICA, INC., a New Jersey Corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants, | Case No.: CV 22-9454-GW-JCx<br><br>*Assigned to the Hon. George H. Wu and Magistrate Judge Jacqueline Chooljian*<br><br>**ORDER RE: DISMISSAL**<br><br>Date Complaint Filed: December 30, 2022 |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATE: December 11, 2023   By: _____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE